MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
1611 Telegraph Avenue, Suite 1100
Oakland, California 94612
Telephone: 510/834-4511

Attorney for Defendant
Jose Quinteros

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE QUINTEROS,

    Defendant.
_____/

No. CR 08-00730 WHA

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**

**STIPULATION:**

    The parties hereto through their respective counsel stipulate that the status hearing presently set for July 6, 2010 at 2:00 p.m. may be continued to July 13, 2010 at 2:00 p.m. to allow defense counsel to attend a conflicting hearing in a state court capital matter.

Dated: June 30, 2010

                                              s/_____
                                              MICHAEL R. BERGER
                                              Attorney for Defendant

Dated: June 30, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

by___s/_____
W.S. WILSON LEUNG
Assistant Unted States Attorney

[~~PROPOSED~~] ORDER:

The court having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that the status hearing presently set for July 6, 2010 at 2:00 p.m. may be continued to July 13, 2010 at 2:00 p.m.

Dated: _July 1, 2010._____

_____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge William Alsup