1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   CHRISTINE Y. WONG (NYBN 3988607)
5  Assistant United States Attorneys

6  THERYN G. GIBBONS (NYBN 759321)
   Trial Attorney, United States Department of Justice, Gang Unit
7
         450 Golden Gate Avenue, Box 36055
8        San Francisco, California 94102
         Telephone: (415) 436-6758/7301
9        Facsimile: (415) 436-6753
         E-Mail: wilson.leung@usdoj.gov
10
   Attorneys for the United States of America
11

12                         UNITED STATES DISTRICT COURT
13                        NORTHERN DISTRICT OF CALIFORNIA
14

15 |                                    |                                     |
16 | UNITED STATES OF AMERICA,          | Case No. CR 08-0730 WHA             |
17 |                                    | **STIPULATED PROTECTIVE ORDER**     |
18 |         vs.                        |                                     |
19 | IVAN CERNA, *et al.*,              |                                     |
20 |                                    |                                     |

21

22         1)      The Government asserts that general dissemination of certain protected material,

23 designated by the control numbers "CI1218-00001" to "CI1218-00418" (the "Protected

24 Material") may jeopardize the safety of certain individuals;

25         2)      In order to address these potential safety concerns, dissemination and possession

26 of the Protected Material shall be limited to the following persons:

27              a)      counsel for defendants in the above-captioned matter;

28

      b)    investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by counsel for the defendant;

      c)    independent expert witnesses, investigators, translators, or advisors retained by the defendant in connection with this action; and

      d)    such other persons as hereafter may be authorized by the Court upon motion by the defendant.

Counsel for each defendant shall provide a copy of this order to persons designated to obtain Protected Material pursuant to paragraphs 2(b)-(d). Such designated persons shall be subject to the terms of this Order. Counsel and such designated persons working with counsel shall be responsible for ensuring that the Protected Material not be disseminated to and/or possessed by anyone not authorized by this protective order to receive or possess the Protected Material. Written translations of Protected Material shall be deemed Protected Material and shall be handled according to the provisions of this order.

3)    Possession and use of the Protected Material by the persons listed in paragraphs 2(a)-(d) are only for the purpose of preparing for and trying the criminal case of the defendants, and for no other purpose.

4)    Other than use during the trial of the defendant, the Protected Material shall not be distributed, shown, or disseminated to anyone else, including counsel for other defendants charged in the underlying case captioned CR 08-0730 WHA and/or to any witness or potential witness, nor shall the Protected Material be distributed, shown, or disseminated to anyone during the course of any defense investigation. Defendants may review Protected Material in the presence of counsel or of any other person designated under paragraphs 2(b)-(d), but Protected Material shall not be left in the custody of any defendant. Review of the Protected Material by defendants in the presence of counsel or other designated persons may be conducted with the aid of an interpreter. Unless the interpreter is a designated person under paragraph 2 of this protective order, the interpreter shall not retain possession of any Protected Material outside the presence of counsel or other designated person.

///

**Stipulated Protective Order**
*United States v. Cerna, et al.*, CR 08-0730 WHA    2

5)   At the end of the trial of any defendant, counsel for such defendant shall return all the Protected Material, and any and all copies of the Protected Material, to the Government, which will preserve the materials in case there is need for them in any future litigation.

IT IS SO STIPULATED.

Dated: September 7, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

By:   /s/
W.S. Wilson Leung
Assistant United States Attorney

Dated: September 7, 2010

 /s/
Geri Green
Attorney for MANUEL FRANCO

Dated: September 7, 2010

 /s/
Michael Berger
Attorney for JOSE QUINTEROS

**ORDER**

IT IS SO ORDERED.

Dated:  September 10, 2010.

Hon. William Alsup
United States District Judge

**Stipulated Protective Order**
*United States v. Cerna, et al.*, CR 08-0730 WHA           3