MICHAEL R. BERGER
Attorney at Law (CSBN 65195)
1611 Telegraph Avenue, Suite 915
Oakland, CA. 94612
Telephone: 510/834-4511
Fax: 510/444-1369

Attorney for Defendant
JOSE QUINTEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE QUINTEROS,<br><br>    Defendant. | ) No. CR-08-0730 WHA<br>)<br>) **STIPULATION TO CONTINUE**<br>) **SENTENCING; ~~PROPOSED~~ ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

The parties hereto through their respective counsel stipulate that the sentencing hearing presently set for April 5, 2011 at 2:00 p.m. may be continued to May 24, 2011 at 2:00 p.m. Pursuant to Local Rule 32-4, the parties' response to the draft probation report will be due on or before April 29, 2011.

Dated: March 8, 2011

                                    MELINDA HAAG, United States Attorney

                            s/ _____
                                  W.S. WILSON LEUNG
                                  Assistant United States Attorney

Dated: March 8, 2011

                                      s/_____
                                                  MICHAEL R. BERGER
                                             Attorney for Jose Quinteros

## ~~[PROPOSED]~~ ORDER

The Court having read the foregoing stipulation, IT IS HEREBY ORDERED that the sentencing hearing presently set for April 5, 2011 at 2:00 p.m. is continued to May 24, 2011 at 2:00 p.m. Pursuant to Local Rule 32-4, the parties' response to the draft probation report will be due on or before April 29, 2011.

IT IS SO ORDERED.

Dated: March 9, 2011.

_____
UNITED STATES DISTRICT JUDGE