MICHAEL R. BERGER
Attorney at Law (CSBN 65195)
1611 Telegraph Avenue, Suite 915
Oakland, CA. 94612
Telephone: 510/834-4511
Fax: 510/444-1369

Attorney for Defendant
JOSE QUINTEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE QUINTEROS, <br><br> Defendant. | ) No. CR-08-0730 WHA <br> ) <br> ) **STIPULATION TO CONTINUE** <br> ) **SENTENCING; PROPOSED ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION

The parties hereto through their respective counsel stipulate that due to defense counsel's travel plans, the sentencing hearing presently set for May 24, 2011 at 2:00 p.m. may be continued to June 21, 2011 at 2:00 p.m. The Probation Officer has been advised of this stipulation and has no objection to the proposed continuance.

Dated: April 11, 2011

MELINDA HAAG, United States Attorney

s/ _____
W.S. WILSON LEUNG
Assistant United States Attorney

-1-

Dated: April 11, 2011

s/_____

MICHAEL R. BERGER

Attorney for Jose Quinteros

## [~~PROPOSED~~] ORDER

The Court having read the foregoing stipulation, IT IS HEREBY ORDERED that the sentencing hearing presently set for May 24, 2011 at 2:00 p.m. is continued to June 21, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Dated: __April 12, 2011.__

_____
UNITED STATES DISTRICT JUDGE