MICHAEL R. BERGER
Attorney at Law (CSBN 65195)
1611 Telegraph Avenue, Suite 915
Oakland, CA. 94612
Telephone: 510/834-4511
Fax: 510/444-1369

Attorney for Defendant
JOSE QUINTEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE QUINTEROS,<br><br>    Defendant. | )  No. CR-08-0730 WHA<br>)<br>)  **STIPULATION TO CONTINUE**<br>)  **SENTENCING; PROPOSED ORDER**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

    The parties hereto through their respective counsel stipulate that due to defense counsel's unavailability, the sentencing hearing presently set for June 21, 2011 at 2:00 p.m. may be continued to July 12, 2011 at 2:00 p.m.  The Probation Officer has been advised of this stipulation and has no objection to the proposed continuance.

Dated: May 24,  2011

                                MELINDA HAAG, United States Attorney


                             s/ _____
                                  W.S. WILSON LEUNG
                                Assistant United States Attorney

Dated: May 24, 2011

                                                                           s/_____

                                                                              MICHAEL R. BERGER

                                                                        Attorney for Jose Quinteros

## ~~[PROPOSED]~~ ORDER

The Court having read the foregoing stipulation, IT IS HEREBY ORDERED that the sentencing hearing presently set for June 21, 2011 at 2:00 p.m. is continued to July 12, 2011 at 2:00 p.m. **Given the number and length of continuances, further continuances will only be given for detailed cause shown.**

IT IS SO ORDERED.

Dated: May 31, 2011.

_____
                UNITED STATES DISTRICT JUDGE